THE STATE OF OHIO, APPELLEE, *v.* YURCHIAK, APPELLANT.

[Cite as *State v. Yurchiak* (1998), 83 Ohio St.3d 113.]

(Nos. 98–205 and 98–346—Submitted August
19, 1998—Decided September 16, 1998.)

---

*Dean Holman,* Medina County Prosecuting Attorney, and *Joseph F. Salzgeber,* Assistant Prosecuting Attorney, for appellee.

*Anthony J. Vegh,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.